455 A.2d 202

Commonwealth v. Koonce, Appellant.

Submitted May 25, 1982.   George Gershenfeld, for appellant;  Gaele M. Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.

455 A.2d 202

Commonwealth v. Lopez, Appellant.

Petition for Allowance of Appeal
Denied May 16, 1983.

Argued November 3, 1982.   Jay M. Levin, for appellant; Eric Beller, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.